An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

RIGOBERTO ENRIQUE ISZAZ,
Petitioner,

vs.

DWIGHT NEVEN, WARDEN; AND THE
STATE OF NEVADA,
Respondents.

No. 68649

**FILED**

SEP 1 0 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION*

This pro se petition for a writ of certiorari appears to ask this court to order transcripts at no expense for petitioner and provide him with the "true factual" district court minutes from his criminal case. We decline to exercise our original jurisdiction. *See* NRS 34.020. Accordingly, we

ORDER the petition DENIED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc: Rigoberto Enrique Iszaz
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

15-27411